**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JACOB ODOM, individually and on behalf of all others similarly situated,** | : | **CLASS ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 4:19-cv-631-P** |
| **USHEALTH ADVISORS, LLC and USHEALTH GROUP, INC.,** | : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

# PLAINTIFF'S MOTION TO QUASH, MOTION TO STAY AND FOR PROTECTIVE ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MARK PITTMAN:

Plaintiff requests that the Court quash and stay the subpoenas set forth in the Appendix to this motion and enter a protective order limiting the subpoenas. The subpoenas are overbroad, harassing, not proportional to the needs of the case, outside of the scope of reasonable discovery and unnecessarily violate the personal privacy interests of Plaintiff. Plaintiff further seeks a protective order.

Plaintiff incorporates Plaintiff's Brief in Support of Plaintiff's Motion to Quash, Motion to Stay and for Protective Order as if fully set forth herein.

## CONCLUSION

For the reasons discussed herein, Plaintiff requests that its motion be granted, that the subpoenas be quashed, the production of document sunder the subpoena be stayed and a protective order be entered, that any subpoenas or related discovery be much more narrowly

tailored to the needs of the case and for such other further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

/s/Jamshyd (Jim) M. Zadeh
Jamshyd (Jim) M. Zadeh
Texas Bar No. 222239000
Law Office of Jim Zadeh, P.C.
1555 Rio Grande Avenue
Fort Worth, TX 76102
Telephone: (817) 335-5100
Facsimile: (817) 335-3974
jim@zadehfirm.com
*Attorneys for Plaintiff and Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel in accordance with the Federal Rules of Civil Procedure on this the 7th day of January, 2020.

Jamshyd (Jim) M. Zadeh

**CERTIFICATE OF CONFERNCE**

I hereby certify that I sent an email to counsel for Defendants, Gregg Strock, on January 6, 2020 and that no agreement could be reached on the issues presented in this motion. Thus, the motion is presented for determination on its merits.

Jamshyd (Jim) M. Zadeh