**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS (FORT WORTH)**

JACOB ODOM, individually and on behalf of all other similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., and USHEALTH ADVISORS, LLC,

Defendants.
________________________________________/

**CASE NO.: 4:19-cv-00631-P**

**CLASS ACTION**

**<u>DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION</u>**

Defendants, USHEALTH Advisors, LLC ("USHA") and USHEALTH Group, Inc. ("USHG"), pursuant to Federal Rule of Civil Procedure 23, and Local Rule 23.2, file this Motion to Deny Class Certification, and request that the Court deny class certification for the reasons detailed in the accompanying brief in support of this Motion.

**<u>CERTIFICATE OF CONFERENCE</u>**

Pursuant to N.D. Tex. Civ. R. 7.1, undersigned counsel for Defendants conferred with counsel for Plaintiff, Jim Zadeh, on September 10, 2020, who advised that Plaintiff opposes this Motion.

DATED: September 11, 2020

Respectfully submitted,

By: *<u>/s/ Jeffrey A. Backman</u>*

JEFFREY A. BACKMAN (*pro hac vice*)
Florida Bar No. 662501
Gregg I. Strock (*pro hac vice*)
Florida Bar No. 1010140
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120

jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
gregg.strock@gmlaw.com
marie.kusek@gmlaw.com

AND

Daniel L Bates, TX Bar No. 01899900
DECKER JONES MCMACKIN
MCCLANE HALL & BATES
801 Cherry St
Suite 2000 Unit 46
Fort Worth, TX 76102
Phone: (817) 336-2400
Fax: (817) 332-3043
Email: dbates@deckerjones.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 11, 2020, a true and correct copy of the foregoing document was forwarded to all counsel of record in compliance with the Federal Rules of Civil Procedure.

By: */s/ Jeffrey A Backman*
Jeffrey A. Backman