**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS (FORT WORTH)**

JACOB ODOM, individually and on behalf of all other similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., and USHEALTH ADVISORS, LLC,

Defendants.
________________________________________/

**CASE NO.: 4:19-cv-00631-P**

**CLASS ACTION**

**[PROPOSED] ORDER**

THIS CAUSE having come before the Court on USHEALTH Advisors, LLC and USHEALTH Group, Inc.'s ("Defendants") Motion to Deny Class Certification, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby ORDERED and ADJUDGED:

For the reasons set forth in Defendants' Motion, the Motion to Deny Class Certification is **GRANTED**.

Signed this ___ day of _________________, 2020.

________________________________________
Honorable Mark T. Pittman
UNITED STATES DISTRICT JUDGE