**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN OF TEXAS FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JACOB ODOM, individually and on behalf of all others similarly situated,** | : | |
| | : | **CLASS ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 4:19-cv-631-P** |
| | : | |
| **USHEALTH ADVISORS, LLC and USHEALTH GROUP, INC.,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendants.** | : | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Jacob Odom and Defendants USHEALTH Advisors, LLC and USHEALTH Group, Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Odom's claims against Defendants. Each party shall bear their own respective costs and attorney's fees. This Stipulation of Dismissal disposes of the entire action.

By: /s/ *Jamshyd Jim M. Zadeh*
Jamshyd (Jim) M. Zadeh
Attorney-in-Charge
State Bar No. 22239000
**Law Office of Jim Zadeh, P.C.**
1555 Rio Grande Avenue
Fort Worth, Texas 76102
Phone: 817-335-5100
Fax: 817-335-3974
jim@zadehfirm.com

**ATTORNEY FOR PLAINTIFF**

/s/ *Jeffrey A. Backman*

Jeffrey A. Backman (Pro Hac Vice)
Florida Bar No. 662501
Gregg I. Strock (Pro Hac Vice)
Florida Bar No. 1010140
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
Jeffrey.backman@gmlaw.com
Gregg.stock@gmlaw.com

AND

Daniel L Bates, TX Bar No. 01899900
DECKER JONES MCMAKIN MCCLANE
HALL & BATES
801 Cherry Street
Suite 2000 Unit 46
Fort Worth, TX 76102
Phone: (817) 336-2400
Fax: (817) 332-3043
Email: dbates@deckerjones.com

**ATTORNEYS FOR DEFENDANTS**